# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT MATTHEW.RENATO.WALSH@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No. 21-MJ- 40<br><br>**Filed Under Seal** |

## MOTION TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT, SEARCH WARRANT, AND SEARCH WARRANT RETURN

NOW INTO COURT comes the United States of America by Ellison C. Travis, Acting United States Attorney for the Middle District of Louisiana, through Caroline B. Gardner, Assistant United States Attorney, who respectfully moves this Court to seal the above-captioned Application and Affidavit for Search Warrant, the Search Warrant, and the Search Warrant return for the following reasons:

1.

Publication of this Application and Affidavit for Search Warrant, the Search Warrant, and the Search Warrant return at this time would prejudice an ongoing federal criminal investigation.

2.

Although this Application and Affidavit for Search Warrant and the Search Warrant itself relate to a Criminal Complaint filed under Docket No. 3:21-mj-00037-UNA, which was filed under seal on April 1, 2021, and unsealed following the defendant's arrest and initial appearance that same day, there are still aspects of the ongoing federal criminal investigation

which are not yet known to the public. In addition, the Application and Affidavit for Search Warrant and the Search Warrant itself necessarily contain unredacted references to the target email account, which has otherwise been redacted in public filings contained in Docket No. 3:21-mj-00037-UNA.

WHEREFORE, the United States prays that the Motion and Order to Seal Application and Affidavit for Search Warrant, Search Warrant, and Search Warrant return be granted.

UNITED STATES OF AMERICA, by

ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY

/s/ Caroline B. Gardner
Caroline B. Gardner, LBN 33842
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana  70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: caroline.gardner@usdoj.gov