# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT MATTHEW.RENATO.WALSH@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No. 21-MJ-40<br><br>**<u>Filed Under Seal</u>** |

### **<u>ORDER</u>**

Considering the United States' *Motion to Unseal Application and Affidavit for Search Warrant, Search Warrant, and Search Warrant Return*,

**IT IS ORDERED** that the Application and Affidavit for the Search Warrant, the accompanying attachments, and the Search Warrant, are hereby unsealed.

Signed in Baton Rouge, Louisiana, on May 10, 2021.

*/s/ Scott D. Johnson*
_____
**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

Gardner